**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>HOLLY MARIE VAN HOOK )<br>DEBTOR. ) | Case No. 18-12157<br>Chapter 7 |
| YVETTE GAFF KLEVEN, TRUSTEE, )<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>KITCH ACCEPTANCE CORPORATION )<br>DEFENDANT ) | Adversary Proceeding No. 19-_____ |

**COMPLAINT TO RECOVER PREFERENCE**

Plaintiff, Yvette Gaff Kleven, Trustee, ("Plaintiff") for her Complaint against Kitch Acceptance Corporation ("Defendant") alleges and states as follows:

**I.**

**JURISDICTION**

1.      This is an adversary proceeding to recover a preference pursuant to 11 U.S.C. § 547.

2.      This Court has jurisdiction to hear and determine this adversary proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

3.      Plaintiff consents to entry of final orders or judgment by the Bankruptcy Court pursuant to Bankruptcy Rule 7008.

4.      Venue over this adversary proceeding is properly in this District and this Division pursuant to 28 U.S.C. § 1409.

5.      This matter is properly before this Court as an adversary proceeding pursuant to Bankruptcy Rule 7001.

6.      This adversary proceeding relates to the main case of *Holly Marie VanHook*, Bankruptcy Case No. 18-12157 (Chapter 7) in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division.

## II.

## PARTIES

7.      Plaintiff, Yvette Gaff Kleven, is the duly appointed Chapter 7 Trustee in the case of *Matter Holly Marie VanHook*, Bankruptcy Case No. 18-12157 (Chapter 7) in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division.

8.      Kitch Acceptance Corporation is a creditor who received a preferential payment.  Its primary address is 130 W. Main Street, Ste., 100, Fort Wayne, IN 46802.

## III.

## CAUSES OF ACTION

For her cause of action, the Trustee alleges and states as follows:

9.      On November 7, 2018, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

10.      Yvette Gaff Kleven was appointed as Trustee on November 7, 2018.

11.      Upon information and belief, Defendant received $2,836.03 in the ninety (90) days prior to the filing of the bankruptcy petition.  These payments were made pursuant to a garnishment order entered in an underlying State court case in *Kitch Acceptance Corporation v. Holly M. VanHook*, Case No. 02D09-1710-CC-002402.

12.      At the time of the payment, the Debtor was insolvent.

13.     The payments enabled Defendant to receive more than the creditor would receive in a Chapter 7 case, if the transfers had not been made, and the creditor received payment of the debt to the extent provided by the provisions of Title 11.

14.     The payments to Defendant constitute a preference which is recoverable by the estate pursuant to 11 U.S.C. § 550.

**WHEREFORE**, Plaintiff, Trustee, requests that the court enter judgment against Defendant, Kitch Acceptance Corporation, in the amount of $2,836.03 , plus pre-judgment interest if applicable, plus costs, and for all other just and proper relief in the premises.

Dated: March 19, 2019

Respectfully submitted,

/s/ Douglas R. Adelsperger
Douglas R. Adelsperger, #14174-21
ADELSPERGER & KLEVEN, LLP
111 West Wayne Street
Fort Wayne IN 46802
(260) 407-7077
dra@adelspergerkleven.com
Attorney for Plaintiff, Trustee, Yvette Gaff Kleven